In the Matter of the Claim of NICOLINA GINGLIANO, Respondent, against LEHIGH VALLEY RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Gingliano* v. *Lehigh Valley R. R. Co.*, 185 App. Div. ——, affirmed.
(Argued November 12, 1918; decided November 26, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1918, affirming an award of the state industrial commission made under the Workmen's Compensation Law.    Claimant's husband while employed as a laborer around the Buffalo terminal of the defendant railroad received burns from which he died. At the time of the happening of the accident the deceased was in a little shanty where coal oil or kerosene was stored. He had taken signal lamps into the shanty, and it is believed that while in the process of filling these his clothes caught on fire.    The defendant contended that the character of the employment of the deceased at the time of his death was interstate, and that the state industrial commission, therefore, could not have jurisdiction of this claim.    It was shown by claimant that the duties of the deceased employee were to keep the station premises clean, tend to the switch lamps in Scot street yards and pick up the waste paper; that the Scot street yards do not contain the main tracks but tracks branching off from the main line, and that no trains go into those

yards directly but the cars are pushed in there by the yard engines.

*Thomas R. Wheeler* for appellant.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.